

Phone: (212) 885-5203
Fax: (917) 332-3740
Email: KBressler@BlankRome.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/17
```

April 26, 2017

**MEMO ENDORSED**

*How would the Court know? You tell me. Application denied. SO ORDERED. [signature] USDJ 5-1-17*

**BY ECF**

Honorable P. Kevin Castel
United States District Court
 Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *MealPal, Inc. v. MealFix, Inc.* 17-cv-1603 (PKC)

Dear Judge Castel:

We represent plaintiff and write on behalf of both parties. A hearing on the parties' motions for preliminary injunction [Doc. 4, 12] is scheduled for May 8 at 11:00. The parties would appreciate the Court's clarifying whether live testimony will be heard, and if so the amount of time set aside for the hearing.

Respectfully,

/s/ Kenneth L. Bressler

Kenneth L. Bressler